IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLAF SUTTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-3383 |
| CITY OF PHILADELPHIA | : | |
| | : | |

## ORDER

AND NOW, this 20th day of August, 2014, upon consideration of plaintiff's Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial (paper no. 79) and plaintiff's brief in support (paper no. 82), and defendant's Response in Opposition (paper no. 86), and after a hearing on July 15, 2013 at which the parties were heard, for the reasons in the attached memorandum, it is **ORDERED** that Plaintiff's Renewed Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial (paper no. 79) is **DENIED**.

/s/ Norma L. Shapiro
_____
J.